UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No.  15-cv-0508-JCS<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　　In accordance with Civil Local Rule 3-12(c), the above captioned case is referred to Magistrate Judge Elizabeth D. Laporte to determine whether it is related to Case No. 15-cv-0504 EDL.

　　　　**IT IS SO ORDERED**.

Dated: February 6, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge